opinion filed November 3, 1948; released for publication December 2, 1948. Barnet Hodes, Corporation Counsel, I. Harvey Levinson and Daniel D. Carmell, for appellants; L. Louis Karton, Head of Appeals and Review Division, Fred V. Maguire and Carl H. Lundquist, Assistant Corporation Counsel, of counsel; Goldberg, Devoe & Brussell and Nash, Ahern & McNally, for appellees; Arthur J. Goldberg, Abraham W. Brussell, Martin J. McNally and John J. Kennelly, of counsel. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.

## J. V. Nanny, Trading as Merchants Wholesale, Appellant, v. H. E. Pogue Distillery Company, Appellee.

## Gen. No. 44,364.

opinion filed November 3, 1948; released for publication December 2, 1948. Beckman, Healy, Newby & Hough, for appellant; William H. Tate, for appellee; Sydney Krause, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.